**E-Filed 1/22/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GANSHAM PATEL, | Case Number C 06-7673 JF |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
| Respondents. | |

Petitioner brings the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 to challenge his continued detention by Respondents. Petitioner, aged eighteen, entered the United States in November 2005 seeking asylum. His country of origin is India. He was not lawfully admitted or paroled into the United States but has been held by Respondents since his date of entry. On July 11, 2006, Petitioner's application for asylum was denied and he was ordered removed. The order of removal became final on August 11, 2006. Petitioner alleges that the United States has not obtained travel documents for Petitioner and that there is no indication that he will be removed to India anytime in the foreseeable future. Petitioner alleges that his indefinite detention is unreasonable and in violation of the laws of the United States. Petitioner

1  requests that this Court direct Respondents to release him from custody under the conditions of
2  supervision set forth in 8 U.S.C. § 1231(a)(3).
3      IT IS ORDERED as follows:
4      (1)    The Clerk of the Court shall serve a copy of the petition and a copy of this Order
5      upon counsel for Respondents, the Office of the United States Attorney. The
6      Clerk of the Court also shall serve a copy of this Order upon counsel for
7      Petitioner.
8      (2)    Respondents shall, within sixty (60) days after receiving service of the complaint,
9      show cause in writing why the relief prayed for should not be granted.
10     (3)    Petitioner may file a response to Respondents' filing within twenty (20) days after
11     receipt of such filing.
12     (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon
13     the filing of the response or upon the expiration of time to file a response.

    IT IS SO ORDERED.

DATED: 1/22/07

JEREMY FOGEL
United States District Judge

2

Case No. C 06-7673 JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Copies of Order served on the following persons:

2

3  Counsel for Petitioner:

4  Viney Gupta
   P.O. Box 6801
5  Orange, CA 92863

6  Counsel for Respondents:

7  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
8  San Jose, CA 95113

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-7673 JF
ORDER TO SHOW CAUSE
(JFLC2)