*efiled 4/3/07

1  SCOTT N. SCHOOLS, SC 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   GANSHAM PATEL,                    )
12                                   )
          Petitioner,                )   No. C-06-7673-JF
13                                   )
          v.                         )
14                                   )
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security; ALBERTO ) **STIPULATION TO DISMISS; AND**
   GONZALES, U.S. Attorney General; NANCY  ) **[PROPOSED] ORDER**
16 ALCANTAR, Field Director of Immigration )
   and Customs Enforcement (ICE),    )
17                                   )
          Respondents.                )
18 _____ )

19      The petitioner, by and through his attorney of record, and respondents, by and through their

20 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

21 entitled case without prejudice.

22      Each of the parties shall bear their own costs and fees.

23

24

25

26

27

28

Date: March 26, 2007                                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: March 26, 2007                                /s/
VINEY GUPTA
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/2/07

JEREMY FOGEL
United States District Judge